**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

..............................................................X
                                     :   Case No.: 1:20-cv-02378-KAM-CLP

FANTASIA DISTRIBUTION, INC.,      :

                Plaintiff,      :

    -against-                :

MYLE VAPE, INC., et al.,         :

            Defendants.    :

..............................................................X

## CORPORATE DISCLOSURE STATEMENT

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant/ Counterclaimant certifies that Romeo Vapors, Inc. has no parent corporations and that no publicly held corporation owns 10% or more of Romeo Vapors, Inc.


Respectfully submitted,

Irvine, CA
Dated: November 20, 2020

/s/ Alexander Chen
Alexander Chen
INHOUSE CO.
7700 Irvine Center Drive Suite 800
Irvine, CA 92618
Tel:   949/250-1555 Fax: 714/882-7770
alexc@inhouseco.com

*Pro Hac Vice Counsel for Defendants/Counterclaimants, Romeo Vapors, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that on November 20, 2020, he caused a true and accurate copy of the annexed **CORPORATE DISCLOSURE STATEMENT** to be served via Electronic ECF filing, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

November 20, 2020
Irvine, CA

<u>/s/ *Alexander Chen*</u>
Alexander Chen
7700 Irvine Center Drive
Suite 800
Irvine, CA 92618
Tel: 949/250-1555
alexc@inhouseco.com

*Pro Hac Vice Counsel for*
*Defendant/sCounterclaimants*
*Romeo Vapors, Inc.*